HENRY WELSH, Respondent, v. WILLIAMSBURG SAVINGS BANK, Defendant, and ELIZABETH WELSH, Also Known as ELIZABETH WELSH, JR., and Others, Appellants. — Order granting motion to examine witness before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Special circumstances sufficient to warrant the examination of the witness have not been shown. The question of fact as to whether or not the witness was acting as attorney for Mrs. Welsh may be determined at the trial. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

CATHERINE WILKUS, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. — Judgment and order of the City Court of Yonkers reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event, on the ground that the verdict was against the weight of evidence on the question of a fraudulently obtained compromise, and that it was error on the part of the court to exclude the evidence offered by defendant as to the fraud of the insured in the application for the policy. (*Telford* v. *Metropolitan Life Ins. Co.*, 223 App. Div. 175, 181; affd., 250 N. Y. 528.) (See, also, *Pimpinello* v. *Swift & Co.*, 253 N. Y. 159, 162.) Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

In the Matter of the Application of ROBERT T. HAWTHORNE for Admission to the Bar. — Application for admission to the bar denied. Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., dissents; Scudder, J., absent.

JACOB WEINSTEIN, Respondent, v. J. WEINSTEIN BUILDING CORPORATION, Appellant. — Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JEROME G. AMBRO, Respondent, v. NEW YORK EVENING JOURNAL, INC., Appellant. — Order granting motion to strike out portions of defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. WILLIAM J. FALLON and ANNIE FALLON, Respondents. — Judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Scudder, JJ., concur; Davis, J., dissents.